UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) No. 4:24-mc-00001-SEB-KMB ) |
| EXCHANGE PUB + KITCHEN, | ) ) |
| Respondent. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Petitioner's Motion to Find Respondent in Contempt of Court and for Sanctions [Dkt. 13]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Petitioner's Motion to Find Respondent in Contempt of Court and for Sanctions is hereby **GRANTED**. The sanctions set forth in the Magistrate Judge's Report and Recommendation [Dkt. 19] shall now take effect.

Date: 3/12/2025

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alysia D Robben
U.S. Equal Employment Opportunity Commission
alysia.robben@eeoc.gov

The Exchange Pub + Kitchen
118 W. Main Street
New Albany, IN 47150

Ian Hall
118 W. Main Street
New Albany, IN 47150